DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSEPH ABRAHAM VILLANUEVA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D19-2577

_____

September 1, 2021

Appeal from the Circuit Court for Hillsborough County; Nick Nazaretian, Judge.

Howard L. Dimmig, II, Public Defender, and Lisa Lott, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.